

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00271-CV

**IN THE INTEREST OF N.R.B.-E.**, A.S.M.B.D., A.L.B.-D., and A.B.

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-00669
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order terminating appellant's parental rights is AFFIRMED. No costs of appeal are taxed against appellant.

SIGNED October 28, 2020.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice